IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FRANCIS S. WHELAN<br>Petitioner | *<br>* |
| v. | *   Civil No. 98-2368 (SEC)<br>*<br>* |
| JUNTA DE LIBERTAD<br>BAJO PALABRA, ADM. DE<br>CORRECCION<br>Respondents | *<br>*<br>*<br>* |

************************************

## JUDGMENT

Pursuant to the order of even date, this case is hereby **DISMISSED**. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 24TH day of March, 2000.

SALVADOR E. CASELLAS
United States District Judge